AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

ROBERT L. WYATT

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-M0080-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 14, 2004__ in __Middlesex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) maliciously damage and attempt to damage by means of fire real property used in an activity affecting interstate commerce, to wit, premises known as 264 Putnam Avenue, Cambridge, Massachusetts; and did use and carry during and in relation to, and did possess in furtherance of, a crime of violence, to wit, arson, a firearm, to wit, an incendiary device known as a Molotov Cocktail

in violation of Title __18__ United States Code, Section(s) __844(i) and 924(c)__

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-01-2004 at Boston, MA
Date                                             City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Mattheu Kelsch, having been duly sworn, on oath depose and state as follows:

1. I am a Special Agent assigned to the Boston Field Office of the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since 2001. As an ATF Special Agent, I am responsible, among other things, for conducting investigations relating to the violation of federal firearms, arson, and explosives laws, and have participated in numerous arson investigations.

2. I am aware based on my training and experience that Title 18, United States Code, Section 844(i) makes it a federal offense for anyone to maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce. I further know that, pursuant to Title 18, United states Code, Section 924(c), it is a federal offense to use or carry during or in relation to, or to possess in furtherance of, a federal crime of violence (such as arson), a firearm, including an incendiary device that qualifies as a destructive device. Have so stated, I make this affidavit in support of a complaint charging an individual named Robert L. Wyatt ("Wyatt") with arson, in violation of 18 U.S.C. §§ 844(i) and 2; and with using and carrying during and in relation to, and

possession in furtherance of, a crime of violence, to wit, arson, a firearm, to wit, an incendiary device known as a Molotov Cocktail.

3. The statements contained in this affidavit are based on my own investigation and on information provided to me by other ATF agents and local and state police and fire officials. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but instead only those facts that I believe are sufficient to establish probable cause to believe that Wyatt has committed the offenses specified.

4. I and others have been involved in an ongoing investigation of an incendiary fire that occurred on November 14, 2004 at 264 Putnam Avenue, Cambridge, Massachusetts, a residential apartment complex comprising eight rental units and approximately thirty occupants (the "Building").

5. At approximately 4:32 a.m. on Sunday, November 14, 2004, the Cambridge Fire Department responded to a fire at the Building. An investigation into the origin and cause of the fire determined that it was incendiary, that is, that is was set intentionally. Of particular significance, among other things, was the discovery in the back yard of the Building, at the time that fire suppression efforts were under way, of an intact device known colloquially as a "Molotov Cocktail." The Molotov cocktail consisted of a clear glass pint bottle labeled "Smirnoff Ice,"

which contained an ignitable liquid and which had an improvised cloth wick.

6. The origin and cause investigation also revealed that the fire started in Apartment 2 within the Building, which was occupied at the time by Christine Brown ("Brown"), Norman Drayton ("Drayton"), and their ten-month-old son. Brown and Drayton had been involved in an altercation the previous night with an individual named Lisa Jackson ("Jackson"). According to Brown, in substance and among other things, she had encountered Jackson the previous night at a local bar. As Brown was leaving the bar, Jackson asked to use her telephone. Jackson accompanied Brown to Brown's apartment in the Building, where Drayton and the baby were attempting to sleep. According to both Brown and Drayton, in substance and among other things, Jackson was sufficiently loud while in the apartment that Drayton entered the kitchen. Jackson became upset when told she would have to leave, and a physical altercation ensued involving Jackson, Brown, and Drayton. Jackson was forced out of the apartment. Both Drayton, from a telephone in the apartment, and Brown, from an outside pay phone, called 911, and the police responded. The police spoke to the parties but took no further action. Jackson thereafter returned to the apartment and kicked at the door, yelling words to the effect of, "My boyfriend will kill you" and "My boyfriend will fire you out." Jackson ultimately tired and left the area.

7. The following day, Isabelle Jackson, the mother of Jackson, learned that Jackson had been involved in a physical altercation. That night Isabelle Jackson went out, returning to her apartment at 808 Memorial Avenue, Cambridge, Massachusetts, at around 2:46 a.m. on November 14, 2004. This building is a four-minute walk from the Building. Upon returning home, Isabelle Jackson learned that Jackson's boyfriend, Wyatt, who sometimes stayed with Jackson and Isabelle Jackson, was in her apartment. Isabelle Jackson asked Wyatt to move her car into the apartment parking lot for her. Wyatt agreed to do so, and Isabelle Jackson went to sleep.

8. Among other things, video footage from the video surveillance system located at 808 Memorial Drive depicts Wyatt, wearing a multi-colored Nike jacket, leaving the building through a fire escape door and then reentering the building through the front door with Isabelle Jackson at approximately 2:48 a.m., at the time that he was moving the car. Further footage depicts an individual who appears to be Wyatt leaving 808 Memorial Drive through the fire escape door at approximately 4:15 a.m. wearing a dark, hooded jacket and carrying a bag containing objects consistent in size and shape with bottles. Further footage depicts Wyatt reentering 808 Memorial Drive through the fire exit door at around 4:36 a.m., no longer carrying the bag with the objects. Again, the Cambridge Fire Department responded to the

fire at the Building at approximately 4:32 a.m.

9. Isabelle Jackson has told investigators, in substance and among other things, that she awoke that morning at approximately 4:30 a.m. when she heard Wyatt entering the apartment. Among other things, she asked Wyatt where he had been, and he responded, in substance, that he had "set the house on fire," indicating that he was speaking of the building involved in the altercation of the previous night. Wyatt also told Isabelle Jackson, in substance and among other things, that he had thrown two or three bottles into the house, and that she would hear fire engines shortly.

10. Isabelle Jackson has further told investigators, in substance and among other things, that she regularly drinks Smirnoff Ice alcoholic beverages, and that two or three empty Smirnoff Ice bottles were missing from her porch after the fire. Isabelle Jackson also has told investigators that, after the fire, she noticed that one of her dishtowels had been cut up.

11. At the time of the fire, Brown was sleeping in the living room with her ten-month-old son, and Drayton was sleeping in the bedroom. Both awoke to loud noises and the sound of breaking glass, which proved to be a rear window of their apartment breaking. Both observed fire spreading quickly throughout the living room. Drayton observed what appeared to be a burning clear glass bottle with a white rag stuck in the neck,

5

which he believed to be a Molotov Cocktail. Drayton made efforts to put the fire out but was persuaded by another tenant to get out of the Building. Before the Fire Department succeeded in extinguishing the fire it caused extensive damage to the Building. All of the tenants were evacuated, and none have yet been able to reoccupy the Building.

12. I have consulted with ATF Explosives Enforcement Officer Howard House, an expert in destructive devices, who has informed me that, based on the characteristics of the Molotov Cocktail recovered from the back yard of the Building, it is a "destructive device" within the meaning of 18 U.S.C. § 921(a)(4) and therefore is a "firearm" within the meaning of 18 U.S.C. § 921(a)(3).

13. Based on the foregoing, I have probable cause to believe that, on or about November 14, 2004, Robert L. Wyatt did maliciously damage and attempt to damage by means of fire real property used in an activity affecting interstate commerce, to wit, premises known as 264 Putnam Avenue, Cambridge, Massachusetts, in violation of 18 U.S.C. § 844(i); and further that Robert L. Wyatt did use and carry during and in relation to, and did possess in furtherance of, a crime of violence, to wit, arson, a firearm, to wit, an incendiary device known as a Molotov

Cocktail, in violation of 18 U.S.C. § 924(c).

MATTHEU KELSCH
Special Agent, ATF

Subscribed and sworn to before me this  1  Day of ~~November~~ December, 2004.

~~JOYCE LONDON ALEXANDER~~ Lawrence P. Cohen
United States Magistrate Judge

7