AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF massachusetts

UNITED STATES OF AMERICA

v.

ROBERT L. WYATT

## WARRANT FOR ARREST

CASE NUMBER: 04-M00080-LPC

*RECEIVED 2004 DEC -2 A 11:46 U.S. MARSHAL SERVICE BOSTON, MA*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ROBERT L. WYATT
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
arson and possession of a firearm in furtherance of a crime of violence

in violation of
Title _____18_____ United States Code, Section(s) 844(i) and 924(c)

LAWRENCE P. COHEN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

12-01-2004    Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY *HTF*
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  *10/3/04*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.